UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Travis D. Hailey,

    Plaintiff,

v.

City of Detroit, et al.,

    Defendants.

Case No. 18-cv-12651

U.S. District Court Judge
Gershwin A. Drain

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#34] GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [#27] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#29]**

This matter is before the Court on cross motions for summary judgment. ECF Nos. 27, 29. This Court referred the matter to Magistrate Judge David R. Grand, who issued a Report and Recommendation on December 13, 2019, recommending that this Court grant in part and deny in part Defendants' Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. *Id.* Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge has reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Grand's

1

December 13, 2019 Report and Recommendation [#34] as this Court's findings of fact and conclusions of law.  Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part, and Plaintiff's Motion for Summary Judgment is DENIED.

**IT IS SO ORDERED.**

                                                s/Gershwin A. Drain
                                                GERSHWIN A. DRAIN
                                                UNITED STATES DISTRICT JUDGE

Dated:  January 16, 2020

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 16, 2020, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager